UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, on behalf of herself and all others similarly situated,
    Plaintiff,

v.

ELLATION, LLC

    Defendant.
_____/

CASE NO.: 1:21-cv-2480

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Ellation, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Ellation, LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that the dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 18, 2021

    Respectfully Submitted,

    */s/Mark Rozenberg*
    Mark Rozenberg Esq.
    **Stein Saks, PLLC**
    One University Plaza
    Hackensack, NJ 07601
    mrozenberg@steinsakslegal.com
    Tel. 201-282-6500
    Fax 201-282-6501
    *Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 18th  day of August, 2021        Respectfully Submitted,

                                              */s/ Mark Rozenberg*
                                              Mark Rozenberg